January 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NO. 14-12-00129-CV

IN THE MATTER OF Z.Q.

_____

This cause, an appeal from the order denying appellant's application for writ of habeas corpus, signed November 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order the decision certified below for observance.